UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Robert Williams and Bobby & Steve's Holdings, LLC, a Minnesota limited liability company,<br><br>     Plaintiffs,<br><br>  v.<br><br>Steven Anderson, Jeffrey Bahe, and B&A Enterprises, LLC, a Minnesota limited liability company,<br><br>     Defendants. | File No. 18-CV-00735-SRN-KMM<br><br>**STIPULATION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD** |

  WHEREAS, Plaintiffs Robert Williams and Bobby & Steve's Holdings, LLC (collectively "Plaintiffs") served a Complaint on Defendants Steven Anderson, Jeffrey Bahe, and B&A Enterprises, LLC (collectively "Defendants"); and

  WHEREAS, the Honorable Susan R. Nelson has ordered the parties to mediate their dispute on or before April 26, 2018 and the parties are currently working to schedule mediation; and

  WHEREAS, Plaintiffs and Defendants have agreed to extend the deadline for Defendants to answer or otherwise plead in response to this amended complaint to one week after the completion of their first mediation session;

  NOW THEREFORE, Plaintiffs and Defendants stipulate and agree, by and through their respective undersigned counsel, that the Court may enter an Order extending Defendants' deadline to answer or otherwise plead in response to the amended

complaint to one week after the parties' initial mediation session, in no event later than May 3, 2018.

Dated: April 9, 2018

_____
Michael E. Obermueller (31772)
Gerald H. Fornwald (345647)
Winthrop & Weinstine, P.A.
225 South Sixth Street
Suite 3500
Minneapolis, MN 55402
(612) 604-6400
mobermueller@winthrop.com
gfornwald@winthrop.com

*Attorneys for Plaintiffs*

Dated: April 9, 2018

/s/  Susan E. Tegt
_____
James M. Susag (261038)
Susan E. Tegt (387976)
Larkin Hoffman Daly & Lindgren Ltd.
8300 Norman Center Drive
Suite 1000
Minneapolis, Minnesota  55437-1060
Telephone: (952) 835-3800
jsusag@larkinhoffman.com
stegt@larkinhoffman.com

*Attorneys for Defendants*