UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Robert Williams and Bobby & Steve's Holdings, LLC, a Minnesota limited liability company,<br><br>        Plaintiffs,<br><br>v.<br><br>Steven Anderson, Jeffrey Bahe, and B&A Enterprises, LLC, a Minnesota limited liability company,<br><br>        Defendants. | File No. 18-cv-735-SRN-KMM<br><br>**ORDER FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD** |

Based on the Stipulation to Extend Time to Answer or Otherwise Plead, dated April 9, 2018, between Plaintiffs and Defendants, by and through their counsel of record (ECF No. 34),

**IT IS HEREBY ORDERED** that Defendants' deadline to file an answer or otherwise plead to the amended complaint is extended to one week after the parties' initial mediation session and in no event after May 3, 2018, unless otherwise stipulated by the parties.

Date: April 9, 2018

*s/Katherine Menendez*
Katherine Menendez
United States Magistrate Judge